UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DANIEL L. SANDERS,

              Plaintiff,

v.

JOSEPHINE TOWNSEND, et al.,

              Defendants.

CASE NO. C14-5855 BHS

ORDER ADOPTING REPORT
AND RECOMMENDATION

    This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge (Dkt. 11), and Plaintiff Daniel Sanders's ("Sanders") objections to the R&R (Dkt. 12).

    On December 19, 2014, Judge Strombom issued the R&R recommending that the Court dismiss Sanders's complaint for failure to state a claim. Dkt. 11. On January 2, 2015, Sanders filed objections to the R&R arguing that he did state a claim and submitted an amended complaint. Dkt. 12 & 12-1. Sanders is attempting to suppress evidence in an ongoing state court criminal trial. The Court concludes that this is not a cognizable claim under 42 U.S.C. § 1983.

ORDER - 1

1     Therefore, the Court having considered the R&R, Sanders's objections, and the
2 remaining record, does hereby find and order as follows:

3     (1)    The R&R is **ADOPTED**; and

4     (2)    This action is **DISMISSED**.

5     Dated this 29th day of January, 2015.

BENJAMIN H. SETTLE
United States District Judge